# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | |
| JOSE MARCOS HERNANDEZ- : | CRIMINAL ACTION NO. |
| MEDINA, : | 2:11-CR-00042-RWS |
| : | |
| Defendant. : | |
| : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [16] of Magistrate Judge Susan S. Cole. The Report and Recommendation finds the Defendant's plea of guilty to have been knowingly and voluntarily made and finds that the charge to which the plea is entered is supported by an independent basis in fact establishing each of the essential elements of the offense. The Magistrate Judge recommends that the plea be accepted and the Defendant be adjudged guilty and have sentence imposed accordingly. There has been no objection made to the Report and Recommendation.

Pursuant to Federal Rule of Criminal Procedure 11, the Report and Recommendation is hereby adopted and made the Order of this Court. The plea of guilty of the Defendant to the Indictment is hereby accepted, and the Defendant is hereby judged guilty of said offense. Sentencing shall be scheduled by the Courtroom Deputy Clerk.

**SO ORDERED** this  6th  day of January, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)